SCANNED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
BILLINGS DIV.
2005 DEC 5 PM 1 12
PATRICK E. DUFFY, CLERK

| UNITED STATES OF AMERICA, | No. 04-30131 |
| Plaintiff - Appellee, | D.C. No. CR-02-00134-SEH |
| v. | *Published Opinion held Separately* |
| ROBERT ALLEN ROMO, | JUDGMENT |
| Defendant - Appellant. | |

Appeal from the United States District Court for the District of Montana (Billings).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Montana (Billings) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 07/05/05

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC - 1 2005

by Deputy Clerk

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 23 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 04-30131 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-02-00134-SEH |
| v. | District of Montana, Billings |
| ROBERT ALLEN ROMO, | ORDER |
| Defendant - Appellant. | |

Before: B. FLETCHER, McKEOWN, and GOULD, Circuit Judges.

A majority of the panel voted to deny the petition for rehearing and to deny the petition for rehearing en banc. Judge B. Fletcher voted to grant the petition for rehearing and recommended en banc rehearing.

The full court has been advised of the petition for rehearing and rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for panel rehearing and the petition for rehearing en banc are denied.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC - 1 2005

by: Deputy Clerk




Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 556-9800

December 1, 2005

USDC, Billings
District of Montana (Billings)
5405 Federal Building
Billings, MT 59101

RECEIVED
DEC - 5 2005
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS, MONTANA

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 04-30131 | USA v. Romo | CR-02-00134-SEH |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Jane Cross
Deputy Clerk

Enclosure(s)
cc: All Counsel