UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
NOV 23 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 04-30131 |
| Plaintiff - Appellee, | D.C. No. CR-02-00134-SEH<br>District of Montana,<br>Billings |
| v. | |
| ROBERT ALLEN ROMO, | ORDER |
| Defendant - Appellant. | |

Before: B. FLETCHER, McKEOWN, and GOULD, Circuit Judges.

A majority of the panel voted to deny the petition for rehearing and to deny the petition for rehearing en banc. Judge B. Fletcher voted to grant the petition for rehearing and recommended en banc rehearing.

The full court has been advised of the petition for rehearing and rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for panel rehearing and the petition for rehearing en banc are denied.